FILED

MAY 11 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 5:13-MJ-1131-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| WILLIAM L. HARRIS IV | ) | |

William L. Harris IV appeared before the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on March 12, 2014, and entered a plea of guilty to 21 U.S.C. § 844(a), Possession of Marijuana. The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that William L. Harris IV has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 9 day of May, 2016

James E. Gates
U.S. Magistrate Judge